UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

Consolidated Cases Nos. 02-60734, 02-60778,
02-60746, 02-60766, 02-60762, 02-60745,
02-60786, 02-60752, 02-60747, 02-60779,
02-60802
Summary Calendar

_____


Case No. 02-60734

BANK ONE NA,

Plaintiff-Appellee,


v.

MICHELLE JONES,

Defendant-Appellant.


_____
Case No. 02-60778

BANK ONE NA,

Plaintiff-Appellee,


v.

GREGORY LEDELL THOMAS; PRINCELLA THOMAS,

Defendant-Appellant.


_____
Case No. 02-60746

BANK ONE NA,

Plaintiff-Appellee,


v.

VELMA GREEN,

Defendant-Appellant.

_____

Case No. 02-60766

BANK ONE NA,

Plaintiff-Appellee,

v.

MACK ARTHUR PICKENS, JR.,

Defendant-Appellant.

_____

Case No. 02-60762

BANK ONE NA,

Plaintiff-Appellee,

v.

J. C. ROBERSON,

Defendant-Appellant.

_____

Case No. 02-60745

BANK ONE NA,

Plaintiff-Appellee,

v.

MARILYN NAILER, A/K/A MARILYN NAILOR;
BARRY NAILER, A/K/A BARRY NAILOR,

Defendant-Appellant.

_____

Case No. 02-60786

BANK ONE NA,

Plaintiff-Appellee,

v.

THOMAS WRIGHT; ANNIE WRIGHT,

Defendant-Appellant.

_____

Case No. 02-60752

BANK ONE NA,

2

                                          Plaintiff-Appellee,
          v.

        JOANN NEWSON,
                                          Defendant-Appellant.


                    _____

               Case No. 02-60747

               BANK ONE NA,
                                          Plaintiff-Appellee,

                    v.

               GLORIA JOHNSON,
                                          Defendant-Appellant.

                    _____

               Case No. 02-60779

               BANK ONE NA,
                                          Plaintiff-Appellee,

                    v.

               LOYD WALTON, JR.,
                                          Defendant-Appellant.

                    _____

               Case No. 02-60802

               BANK ONE NA,
                                          Plaintiff-Appellee,

                    v.

        CLARA BUTLER, A/K/A CLARA BULTER,
                                          Defendant-Appellant.

_____

    Appeal from the United States District Court
      for the Northern District of Mississippi
                 (3:01-CV-39)

              February 25, 2003


                        3

Before JONES, STEWART and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appellants challenge the district court's rulings granting Bank One's motions to compel arbitration and to stay the Appellants' pending state law claims. This case is indistinguishable from those that we reviewed and ruled on in the related cases of Bank One, N.A. v. Boyd[1] and Bank One, N.A. v. Lake.[2] For essentially the same reasons that are set forth in our opinion in Boyd and in the district court's opinion in Bank One, N.A. v. Coates,[3] and Bank One, N.A. v. Taylor,[4] the judgment of the district court in this case is, in all respects, **AFFIRMED.**

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] 288 F.3d 181 (5th Cir. 2002).

[2] No. 01-60051 (5th Cir. April 5, 2002) (unpublished).

[3] 125 F. Supp. 2d 819 (S.D. Miss. 2001).

[4] No. 4:01CV15-D-B (N.D. Miss. May 7, 2002) (order granting petition to compel arbitration).

4